In re COMMISSIONERS OF PALISADES INTERSTATE PARK. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) In the matter of the application of the Commissioners of the Palisades Interstate Park for the condemnation of certain lands situate in the county of Rockland, etc. No opinion. Motion to resettle order granted, and order signed. See, also, 152 N. Y. Supp. 1105.

In re COMMISSIONERS OF PALISADES INTERSTATE PARK. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) In the matter of the application of the Commissioners of the Palisades Interstate Park for the condemnation of certain lands situate in the county of Rockland, etc. No opinion. Motion for leave to appeal (151 N. Y. Supp. 977) to the Court of Appeals granted. Form of order and certificate to be settled on notice before Mr. Justice Putnam. See, also, 164 App. Div. 957, 149 N. Y. Supp. 1076; 152 N. Y. Supp. 1105.

CONGRESS SHOE & RUBBER CO., Respondent, v. MARSHALL, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1915.) Action by the Congress Shoe & Rubber Company against N. Monroe Marshall. No opinion. Motion granted, unless within 40 days appellant serves upon respondent's attorney printed papers, in which case motion is denied.

CONNOLLY, Appellant, v. OSBORN, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by John A. Connolly against William Church Osborn. F. P. Burns, of New York City, for appellant. C. B. Brophy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CONTINENTAL SECURITIES CO., Respondent, v. NEW YORK CENT. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by the Continental Securities Company

152 N.Y.S.—70

against the New York Central Railroad Company and others. No opinion. Appeal (in 151 N. Y. Supp. 534) dismissed on argument, with $10 costs and printing disbursements to the respondent.

CONWAY, Respondent, v. FARISH-STAFFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1915.) Action by John F. Conway against the Farish-Stafford Company. No opinion. Reargument (in 151 N. Y. Supp. 1110) ordered, and case set down for Friday, May 7, 1915.

CORNELL et al., Appellants, v. ABRAMS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Susan Louisa Cornell and others against John H. Abrams, individually and as executor, etc., and others.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the grounds that it was error on the part of the trial court to direct a verdict under the circumstances of this case and that the alleged special verdict on the submitted questions was against the weight of evidence.

In re COURTNEY'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) In the matter of the estate of George Courtney, deceased. No opinion. Decree affirmed, with costs.

CRAMER v. BROWNELL. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by Mary E. Cramer against Frank Brownell. No opinion. Motion for reargument (151 N. Y. Supp. 1001) denied.

CRANE, Respondent, v. KELLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Millard M. Crane against Elmer W. Kelley.

PER CURIAM. Judgment affirmed, with costs. Appeal from order dismissed. This court finds, upon the evidence in the record, the facts recited in the order appealed from, and the findings of fact and conclusions of law contained in the decision are modified accordingly.

C. S. POSNER CO., Inc., Respondent, v. JACKSON et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by the C. S. Posner Company, Incorporated, against Emanuel A. Jackson and another. J. H. Cohen, of New York City, for appellants. E. E. Wise, of New York City, for respondent.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on De Jong v. Behrman Co., 148 App. Div. 37, 131 N. Y. Supp. 1083, with leave to plaintiff to amend on payment of costs. Order filed. See, also, 151 N. Y. Supp. 1144.

LAUGHLIN, J., dissents.